Donovan & Bray and Rathje, Wesemann, Hinckley & Barnard, for appellant. C. S. Deneen, Roy Massena and W. D. Heise, for appellee; Snapp, Heise & Snapp, of counsel.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Metal Stampings Corporation, appellant, v. Ralph Houltram et al., appellees. Gen. No. 7,170.**

Bill to restrain from interfering with complainant's business and picketing factory. Temporary injunction issued. Motion to dissolve. Injunction made permanent as to some defendants, dissolved as to others, who filed suggestion of damages. Damages allowed. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed September 7, 1923. Rehearing denied October 9, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Arthur H. Shay and Boys, Osborn & Griggs, for appellant. James J. Conway, for appellees.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Musette Goff, administratrix of the estate of Henry F. Goff, deceased, appellee, v. Chicago, Burlington & Quincy Railroad Company, appellant. Gen. No. 7,199.**

Suit by widow for death of husband. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed September 7, 1923.

J. A. Connell and Williams, Lawrence, Green & Gale, for appellant. Marsh, Rice and Thompson, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**In re Petition of Maggie Harrigan, etc., appellant, v. Ernest J. Galbraith, appellee. Gen. No. 7,223.**

Prayer for removal of administrator *de bonis non* and for appointment of petitioner instead. Petition dismissed. Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1923. Affirmed. Opinion filed September 7, 1923. Rehearing denied October 2, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Henry Mansfield and David J. Cowan, for appellant. I. L. Fuller, for appellee.

Mr. Presiding Justice Partlow delivered the opinion of the court.

---

**Mary Smith, appellant, v. Great Lakes Fruit Company, appellee. Gen. No. 7,164.**

Suit for personal injuries. Judgment for defendant. Appeal from the Circuit Court of Lake county; the Hon. Claire C. Edwards, Judge, presiding. Heard in this court at the October term, 1922. Reversed and remanded. Opinion filed September 7, 1923.

Orvis & Farmer, for appellant; Thompson, Myers & Kearney, of counsel. Cassels, Potter & Gilbert and A. F. Beaubien, for appellee; Ralph F. Potter and John W. Fisher, of counsel.

Mr. Justice Jett delivered the opinion of the court.